# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DAVID LYNN,** | : No. 3:12cv1710 |
| Petitioner | : |
| | : (Judge Munley) |
| v. | :(Magistrate Judge Schwab) |
| | : |
| **WARDEN JEROME WALSH,** | : |
| Respondent | : |

## ORDER

**AND NOW**, to wit, this day 17th of February 2015, it is hereby **ORDERED** as follows:

1) Magistrate Judge Susan E. Schwab's report and recommendation (Doc. 43) is hereby **ADOPTED**;

2) Petitioner John David Lynn's objections (Doc. 49) are **OVERRULED**;

3) The petition for a writ of habeas corpus (Doc. 1) is **DENIED**;

4) Based upon the reasoning in the accompanying memorandum we find no basis for issuing a certificate of appealability and thus we delcine to issue one;

5) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**

**JUDGE JAMES M. MUNLEY**
**United States District Court**